# District of Columbia
# Court of Appeals

**No. 15-BG-611**

IN RE IDUS J. DANIEL, JR.,

                    Petitioner.

Bar Registration No. 405077



**Bar Docket No. BDN-400-13;**
**Board Docket No. 13-BD-095**

BEFORE: GLICKMAN and EASTERLY, *Associate Judges*; and FARRELL, *Senior Judge*.

## O R D E R

On consideration of the motion, filed by the Office of Disciplinary Counsel, to publish this court's February 22, 2016, memorandum opinion and judgment, regarding the above-referenced matter, and no opposition having been filed, it is

ORDERED that the motion to publish the memorandum opinion and judgment is granted, and that the decision be reissued as a published opinion forthwith.


PER CURIAM.


Copies to:

Elizabeth J. Branda, Esq.
Board on Professional Responsibility

Wallace E. Shipp, Esq.
Bar Counsel

Wendell C. Robinson, Esq.
7600 Georgia Avenue, NW – Suite 203
Washington, DC 20012

Eric L. Yaffe, Esq.
2600 Virginia Avenue, NW – Suite 1111
Washington, DC 20037